Date signed March 09, 2007



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| IN RE: : | |
| : | |
| JOHN MICHAEL POHLHAUS : | Case No. 06-18557PM |
| : | Chapter 13 |
| Debtor : | |

### MEMORANDUM OF DECISION

      Debtor's counsel, Joseph E. Ashley, moved for reconsideration of this court's Order entered February 2, 2007, directing the return of all fees paid to him by his client. The Order was entered following the failure by counsel to file a Disclosure of Compensation as required by Fed. Rule of Bankruptcy Proc. 2016(b) and Local Bankruptcy Rule 2016-1, and this failure to obey the Order of this court entered January 22, 2007, directing him to file that report within eight (8) days. While the "Amended Disclosure of Compensation" filed by counsel on February 8, 2007, stated that no fees had been received from his client for this bankruptcy filing prior to that date, at the hearing counsel stated that report was in error in that he had received $2,000.00 from his client.

      Review of compensation under 11 U.S.C. § 329(b) is especially appropriate in cases under Chapter 13 such as this where the case is dismissed prior to the confirmation hearing. The record is not clear as to whether the Debtor and counsel participated in the Meeting of Creditors under 11 U.S.C. § 341. Based upon counsel's argument at the hearing, the court is inclined to grant counsel some relief, but in order for it to do so, counsel must first file a statement of the services rendered in this incomplete case, together with a statement of the time involved.

cc:

Joseph E. Ashley, Esq., 926 N. Houcksville Road, Hampstead, MD 21074
John M. Pohlhaus, 34 Hollyberry Court, Rockville, MD 20852
Timothy P. Branigan, Esquire, P.O. Box 1902, Laurel MD 20725-1902

**End of Opinion**